AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

RECEIVED
U.S. MARSHALS
BALTIMORE

2012 APR -6  A 11: 27

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-cr-0194 |
| | ) | |
| Jennifer Dubois Dickerson | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jennifer Dubois Dickerson,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Possession of a machine gun

Date: April 6, 2012

*By: Deputy Clerk*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 04/06/2012, and the person was arrested on *(date)* 02/21/2012
at *(city and state)* BALTIMORE, MD.                                                          (ON COMPLAINT)

Date: 05/14/2013

ATF
*Arresting officer's signature*

TFO NOAH SLACKERMAN
*Printed name and title*