AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

U.S. MARSHAL
BALTIMORE, MD
2013 MAY -9 PM 3: 17

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. RDB-12cr-0194 |
| | ) |
| | ) **S E A L E D** |
| Jennifer Dubois Dickerson | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jennifer Dubois Dickerson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: cds arrest, positive drug test, associated with felon, failure to appear for counseling, failure to report arrest

Date: May 9, 2013

*By: Deputy Clerk*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Richard D. Bennett, U.S. District Judge
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 05/09/2013 , and the person was arrested on *(date)* 05/14/2013
at *(city and state)* BALTIMORE, MD .

Date: 05/14/2013

FOR USMS
*Arresting officer's signature*

DUSTIN EVAN RUBENSTEIN
*Printed name and title*