IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD
2013 MAY 14 P 5: 11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. RDB-12-0194 |
| JENNIFER D. DICKERSON | * | |

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for ___Wed., May 15, 2013___ *(date)* at ___3:30 p.m.___ *(time)* before ___Timothy J. Sullivan___, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ___7B___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

May 14, 2013
Date

Susan K. Gauvey
United States Magistrate Judge