# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Jennifer Dickerson<br>*Defendant* | )<br>)<br>)  Case No. **1:12-cr-00194-RDB**<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jennifer Dickerson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ SEALED Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:  positive urine specimens for morphine, cocaine, morphine, benzodiazepines; traveling out of state; failing to submit monthly report; failing to secure employment; failing to notify of change of residence; failing to participate in mental health counseling

Date:   March 31, 2015

*By: Deputy Clerk*

Address:  101 W. Lombard Street
         Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

**Return**

This warrant was received on *(date)* 1ST April 2015, and the person was arrested on *(date)* 8TH April 2015
at *(city and state)* 18 S. Highland Ave. Balt, MD

Date:  8TH April 2015

*Arresting officer's signature*

Rieff Snyder   DUSM O/MD
*Printed name and title*
For DUSM Winston Nisbet